IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MERSADIES BONILLA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-2053 |
| | : | |
| **AMERICAN HERITAGE FEDERAL** | : | |
| **CREDIT UNION,** *et al.* | : | |

## ORDER

**AND NOW**, this 19th day of May 2020, following analysis of the *pro se* Plaintiff's amended Complaint (ECF Doc. No. 10) filed under our May 7, 2020 Order (ECF Doc. No. 8), consistent with Congress's mandate in 28 U.S.C. § 1915(e)(2)(B)(ii), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff may proceed in this case on her Fair Credit Reporting Act claims but not on any other pleaded claims in this case without prejudice to pursue sufficiently plead claims in her first-filed case at No. 20-2276;

2. Plaintiff shall **show cause** in a Memorandum not exceeding five pages filed on or before **May 26, 2020** as to why we should not consolidate this second-filed case into her first-filed case at No. 20-2276 before us; and,

3. The Clerk of Court shall **not** issue summons in this case until further Order.

_____
**KEARNEY, J.**